■ In the Matter of ROBERT BALLARD, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [679 NYS2d 921] —Determi-

nation unanimously confirmed without costs and petition dismissed (*see, Matter of Abdur-Raheem v Mann*, 85 NY2d 113). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.